# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

___Thomas Hayes_____, Plaintiff

v.

Facebook, Mark Zuckerberg, Et. al.
_____,

_____,

_____,

_____, Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2018

JEFFREY P. COLWELL
CLERK

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

(Name and complete mailing address)
Thomas Hayes, 1535 Franklin Street - #4F, Denver Colorado 80218

(Telephone number and e-mail address)
720-391-5133  santeeseven@yahoo.com

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:
   (Name and complete mailing address)
Facebook, Mark Zuckerberg, Et. al. of 1 Hacker Way, Menlo Park, CA 94205

   (Telephone number and e-mail address if known)

Unkown

Defendant 2:
   (Name and complete mailing address)
   Facebook Et.al. Unknown Manager companies

   (Telephone number and e-mail address if known)


Defendant 3:
   (Name and complete mailing address)
   N/A

   (Telephone number and e-mail address if known)
   N/A

Defendant 4:
   (Name and complete mailing address)

2

N/A

(Telephone number and e-mail address if known)

N/A

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

\_\_\_\_   Federal question pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

   List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.
First Amendment (Freedom of Speech); American Indian Freedom of Religion Act 1978; Fifth Amendment and Fourteenth Amendment(due process); Right to be free of harassment and slander in developing a Limited Liability Corporation business registered in the United States. More at the time of appointment of attorney as Plaintiff is unskilled.

\_\_\_\_   X>   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or

corporate citizens of different states and the amount in controversy exceeds $75,000) <X

Plaintiff is a citizen of the State of  Colorado                              .

If Defendant 1 is an individual, Defendant 1 is a citizen of       California .

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of     Delaware

3

(name of state or foreign nation).

Defendant 1 has its principal place of business in   Delaware and California
(name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### D.     STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:

The instant case is somewhat antithetical and different in nature and in subject matter than all other Facebook class action suits in existence currently.

Subject Matter and Relevant Information To The Instant Complaint:

Thomas Hayes, DOB 04/26/1957, 1535 Franklin St - #4F, Denver CO 80218, the Plaintiff, an enrolled member of the Santee Sioux Nation of Nebraska whose Tribal Constitution and By-laws are ratified by U.S.Congress under the constitution of the United States. Plaintiff is also a citizen of the United States of America, a registered voter in the State of Colorado and owns an incorporated Limited LIability Company incorporated under the Nebraska Secretary of State Office. The name of the Plaintiff's company is Seventh Generation Fuels LLC (SGF) and is in good standing. SGF owns three web-pages touting the Company's exclusive licensing, brokering, contracting, leasing rights and all other business rights to the development of the end product and result of Patent  9057024 granted under the United States Patent and Trademark Office: Comercialized Hybrid Hydrogen (CHH). The names of the web-pages are wakute.wixsite.com/fuel and wakute.wixsite.com/climate  and  wakute.wixsite.com/flood . The Plaintiffs email address if santeeseven@yahoo.com . The Plaintiff has SGF associates that help

4

in business decisions and procedures that are irrelevant to the instant case and so will not be named.

Plaintiff attempted resolution and public resolution with Facebook and took photographic evidence of those efforts and stored them on his computer.

On June 28th, 2018, the Plaintiff made the business decision to join the most well known social media available, Facebook, and use an advertising pitch of telling short stories of his life in order to pitch his web-page and advance his business Seventh Generation Fuels LLC. The Plaintiff has had a very robust, unusual but verifiable life, so the stories of his life are of note and worthy of telling and should not have been suppressed by a subterfuge claim of "Community Standards" over Plaintiff's First Amendment. In example, one story is of his only brother, older by five years, who pitched in a town team series in Hartington Nebraska and had been humiliating the opposing teams by pitching winning games including a nine inning no hitter where he pitched with both arms gaining Cedar County Nebraska Recognition. Complaints from the opposing teams in the local Newspaper resulted in his being kicked off the team and Hartington losing the series. This story included Jacks medals from October 16th, 1971 (see Virtual Vietnam Wall link http://www.vvmf.org/Wall-of-Faces/22109/JOHN-C-HAYES https://www.virtualwall.org/valor.htm ). All the stories Plaintiff included were the Plaintiffs face, period. Plaintiff and his sister, Sharon Hayes of Sioux Falls South Dakota, are the last of a gold star family.

Another example is that Some of the stories included factual historic spiritual stories of spiritual significance and real life events with witnessed spiritual involvement, witnessed personally, and of such a spiritual nature that to vet them publicly is a violation of The American Indian Religious Freedom Act. The Plaintiff had been a Sun Dancer in his early life and is only one of about 50 persons in over one hundred years at the time in 1978 that touched the Great Sioux Nations most valuable possession: the Sacred Buffalo Calf Pipe, kept in Green Grass SD by the Looking Horse Family. People who had this happen to them are now probably down to only a few such as the sacred pipe keeper in Green Grass South Dakotah, that were present during that historistic and spiritual event occurring through a set of events that involuntarily lead the Plaintiff unknowingly to the first bringing out of the Sacred Buffalo Calf Pipe in over one hundred years. This event happened outside of Green Grass South Dakota on the Cheyenne River Sioux Nation Reservation in 1978.

The Plaintiff complains herein that Facebook did libel, malicious slander and denied Due Process to his business Seventh Generation Fuels LLC and his person causing irreversible harm and tort. Facebook did irreversible damage by censoring Plaintiff's life stories denying Plaintiff's First, Fifth and Fourteenth Amendments, slandered his business and publicly claiming by messages that appear to the public when they attempt to access Plaintiff's web-pages, email and contact information and thusly connotatively and actually asserting and claiming that Plaintiff's USPTO Patent 9057024 is not real. An appointed attorney may be more aware of depth of the violations: 1) On June 28th, 2018, Facebook allowed the registering of the Plaintiffs personal information including his personal contact information and the three business web-pages (listed above) that were designed as a business strategy to promote SGF. At the time Plaintiff joined Facebook he

5

created a business web-page that is connected to his personal page. All information and web-pages are openly connected to Plaintiff's business SGF.  2) Weeks after posting Plaintiffs personal stories which always ended with a personal salutation and the name of Plaintiffs web-page (one of three listed above) created specifically to promote Seventh Generation Fuels LLC and continual development of his business and promotion of his fuel material Patent 9057024, Facebook spammed (censored) approximately 28 stories. 3) the "Community Standards" listed only frustrated Plaintiffs attempt to correct the situation and allowed a continual suppression to speak of Plaintiff's life creating an excessive amount of stress and duress.  4) Attempting to post further resulted in a warning that the story contained a harmful link,  so after saving by printing what I consider to be a slanderous and malicious statement against Plaintiff's web-page wakute.wixsite.com/fuel (which is the link removed), and another link, owned by Plaintiff was replaced so as not to destroy the desired content and style of the story with the advertising link wakute.wixsite.com/climate . 5) The re-posted story was allowed to post for a few days and then it and all other accompanying stories with the same SGF link were Spammed (censored and slandered) claiming the same thing that Plaintiff's Company web-page was harmful and undesired content.  6)  Even more harmful to Plaintiff's business endeavors is that during this time the Plaintiff's web-pages listed on the opening page of his Facebook had been disabled unknowingly to Plaintiff, blocked with the same slandering message about Plaintiff's web-page and therefor his business.  This included the Plaintiff's own personal email address since approximately 2004, santeeseven@yahoo.com had been blocked by a malicious, libelous, slanderous and disabling message which Plaintiff feels had been done systematically done by Facebook managing employees to build hopelessness, frustration, panic, duress and anger upon the Plaintiff.  All this suppression of what an American citizen would consider necessary American rights has inflamed the current and inter-generational reactive Post Traumatic Stress Disorder and chronic paranoia of the Plaintiff which adds up causing irreversible emotional damage.  7) The SGF Business Plan had been using Facebook for advertising and promoting of this plan, including soliciting  the Plan's Administrative Start-up Cost of $30,000,000.  These costs include a bid from a reputable automation and manufacturing company for ten machine apparatus as patented (9057024) and many other delininated items which had been involved in ongoing liquidation. 7) Plaintiff has chronic reactive Post Traumatic Stress Disorder and severe Paranoia accompanied by other mental disabilities that are currently being treated by a licenced physician that has been inflamed and severe from this case.

### E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Complete the business processes that were stopped to fruition,e.g., Startup Costs, Environmental Grants, etc., damages for harm done to my business, for slander, and for delay and non completion and now hobbling my efforts by libel and slander. The start up Administrative Cost listed in the Seventh Generation Fuels LLC (SGF) 2018-2019 Business Plan that were also being sought from principal funding sources.  These efforts have been slandered by Facebook since joining June 28th, 2018.  No other media had ever been used to promote the SGF business goals until Facebook.  The startup cost are at issue with many other factors which will need legal council to examine to best advocate this litigant's cause. exemplary damages, punitive damages, pain and suffering damages and compensatory damages. For emotion stress and undue suffering.

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*
(Plaintiff's signature)

(Date)  9/11/2018

(Form Revised December 2017)

JS 44 (Rev 03 18) | District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Thomas Hayes

### DEFENDANTS
Facebook, Mark Zuckerberg, et. al.

**(b)** County of Residence of First Listed Plaintiff: **Denver**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **California/Delaware**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se 1535 Franklin St. #4F
Denver CO 80218  720-391-5133

Attorneys *(If Known)*
UNKNOWN

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [x] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [x] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [x] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | | | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC § 1332

Brief description of cause:
Libel toward my business, Patent, Freedom of Speech, More

[ ] AP Docket

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ IN EXCESS OF $75,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*: N/A
JUDGE _____   DOCKET NUMBER _____

DATE: 9/11/2018
SIGNATURE OF ATTORNEY OF RECORD: Pro Se /s/ Thomas Hayes

FOR OFFICE USE ONLY

Clerk of United States District Court
For the District of Colorado
Alfred A. Arraj Courthouse           September 11th, 2018
901 19th Street
Denver, CO 80294

Thomas Hayes
1535 Franklin Street - #4F
Denver Colorado 80218

        RE:  Pro SE Civil Case or Controversy in excess of $75,000 / Plaintiff: Facebook, Mark Zuckerberg, Et. al. of 1 Hacker Way, Menlo Park, CA 94205

Dear Clerk of Courts:

I, Thomas Hayes, DOB: 04/26/1957; 1535 Franklin Street - Apt 4F, Denver CO 80218, am the Pro Se Plaintiff and Complainant. Please find the following in triplicate:
1) Civil Cover Sheet Provided by the Court
2) General Complaint Provided by the Court and filled out by Pro Se Plaintiff
3) Pro Se Self-Styled Complaint where the amount in controversy is in excess of $75,000
4) Pro Se Self-Styled Motion to PROCEED IN FORMA PAUPERIS
5) Pro Se Self-Styled Motion for Appointment Of Attorney

I am not an attorney nor skilled in legal matters, have a mental disability and will need representation. Therefore if it will help me achieve legal council I would like to pass on that I am willing to sign any agreement up to fifty percent (%50) of any conclusion but I would not know how to do this myself and would like the court's help. This is a controversy in excess of $75,000 and I believe the enabling statute is diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Please relate that the instant case is somewhat antithetical and different in nature and in subject matter than all other Facebook class action suits in existence currently. I have evidence and documentation of evidence but I would like to provide them to an attorney.

Respectfully Submitted,

_[signature]_     Sep 11th, 2018

Thomas Hayes
1535 Franklin Street - #4F, Denver CO 80218
720-391-5133



# Social Security Administration

Date: May 8, 2018
BNC#: 18BT969K56369
REF: A

005177 1 MB 0.424 P003 T0011 LTR BEV 0508

THOMAS HAYES
1535 FRANKLIN ST
UNIT 4F
DENVER CO 80218-1651

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2017, the full monthly Social Security benefit before any deductions is $ 766.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 766.00.
(We must round down to the whole dollar.)

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

### Information About Past Social Security Benefits

From May 2017 to November 2017, the full monthly Social Security benefit before any deductions was $ 751.00.

We deducted $0.00 for medical insurance premiums each month.



The regular monthly Social Security payment was $ 751.00.
(We must round down to the whole dollar.)

### Date of Birth Information

The date of birth shown on our records is April 26, 1957.

### Medicare Information

You are entitled to hospital insurance under Medicare beginning November 2016.

See Next Page

You are entitled to medical insurance under Medicare beginning November 2016.

Your Medicare number is 2E83-MA0-RF71. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-613-9904. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 2ND FL SUITE 200
> 1500 CHAMPA ST
> DENVER, CO 80202

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*



Case 3:19-cv-01297-TSH Document 1 Filed 09/12/18 Page 13 of 14



"CLERK of U.S. District
For the District of Colorado
Alfred A. Arroy Courthouse
901 19TH Street
Denver CO 80294

Thomas Hayes
1535 Franklin St #4F
Denver CO 80218

HANDLE WITH CARE

WEXFORD

Bubble Mailer