United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS HAYES,

Plaintiff,

v.

FACEBOOK, et al.,

Defendants.

Case No.  19-cv-01297-TSH

**ORDER FINDING AS MOOT MOTION FOR SUMMARY JUDGMENT**

Re: Dkt. No. 78

On March 28, 2019, the Court issued an order granting Defendants' Rule 12(b)(6) motion. ECF No. 61.  In order, the Court granted Plaintiff Thomas Hayes leave to amend his complaint. Hayes failed to file an amended complaint.  Instead, on June 17, 2019, Hayes filed a motion for summary judgment.  ECF No. 78.  Seeing as the complaint has been dismissed with leave to amend and Hayes failed to file an amended complaint, Hayes's motion for summary judgment is **DENIED AS MOOT** as there is no complaint for him to move on.

**IT IS SO ORDERED.**

Dated: June 19, 2019

THOMAS S. HIXSON
United States Magistrate Judge