UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAYES,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, et al.,<br><br>        Defendants. | Case No. 19-cv-01297-TSH<br><br>**ORDER RE MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 85 |

On June 24, 2019, Plaintiff Thomas Hayes filed a motion for summary judgment in this case. ECF No. 85. However, because Hayes filed a new case based on similar factual allegations, *see Hayes v. Facebook*, 19-cv-2106-TSH, the Court dismissed this case and directed Hayes to proceed in the 19-cv-2106 action. ECF No. 83. Accordingly, Hayes's motion is **DENIED AS MOOT**.

     **IT IS SO ORDERED.**

Dated: December 2, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge